1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 DEBRA LYNN RANDELL,                    No. CIV S-07-2384-FCD-CMK

12                 Plaintiff,

13        vs.                            <u>ORDER TO SHOW CAUSE</u>

14 MIKE WOODS, et al.,

15                 Defendants.

16 _____/

17                 Plaintiff, proceeding pro se, brings this civil action against several defendants.  On

18 November 8, 2007 the court issued an order setting a status conference for Wednesday, April 23,

19 2008, at 10:00 a.m. before the undersigned at the United States District Court in Redding,

20 California.  (<u>See</u> Doc. 5.)  The parties were also ordered to submit a status report prior to the

21 conference.  Plaintiff failed to file her status report and failed to appear for the status conference.

22 Plaintiff has been warned that failure to comply with the Local Rules "may be grounds for

23 imposition of any and all sanctions authorized by statue or Rule or within the inherent power of

24 the Court," including dismissal of this action for lack of prosecution and failure to comply with

25 court orders and rules.  <u>See</u> Local Rule 11-110.

26 / / /

1           Plaintiff will be required to show cause in writing regarding her failure to comply
2   with the court's orders and is again warned that failure to respond to this order may result in
3   dismissal of the action.  See Local Rule 11-110.
4           Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in
5   writing, within 20 days of the date of service of this order, why this action should not be
6   dismissed for lack of prosecution and failure to comply with rules and/or court orders.

8   DATED: April 23, 2008

10   **CRAIG M. KELLISON**
      UNITED STATES MAGISTRATE JUDGE