**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA LYNN RANDELL, | No. CIV S-07-2384-FCD-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| MIKE WOODS, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding pro se, brings this civil action against several defendants. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On April 23, 2008, the magistrate judge held a scheduling conference at which plaintiff failed to appear. On April 24, 2008, an order to show cause issued ordering plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with the court's orders. Plaintiff failed to respond to this order within the time provided. On May 28, 2008, the magistrate judge filed findings and recommendations recommending that this action be dismissed without prejudice for lack of prosecution and failure to comply with court orders. The findings and recommendations were served on the parties and contained notice that

1  the parties may file objections within a specified time.  No objections to the findings and
2  recommendations have been filed.

3  However, on May 30, 2008, plaintiff filed a document titled "Notice of Special
4  Appearance by Debra Lynn Randell, Plaintiff, In response to Magistrates Order to Show Cause"
5  (Doc. 14).  In this document, plaintiff cites 28 U.S.C. § 636 and argues the magistrate judge has
6  exceeded his authority under law by issuing the order to show cause as well as the findings and
7  recommendations.  The court finds these objections are unfounded.  The magistrate judge has not
8  exceeded his authority in issuing these orders.  The court notes that plaintiff has said nothing in
9  response to the order to show cause, including why she failed to file a status report as required
10 prior to the scheduling conference or why she failed to appear at the scheduling conference.

11 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
12 304, this court has conducted a de novo review of this case.  Having carefully reviewed the
13 entire file, the court finds the findings and recommendations to be supported by the record and
14 by proper analysis.  The court finds dismissal of this case, without prejudice, is appropriate.

15 Accordingly, IT IS HEREBY ORDERED that:
16 1. The findings and recommendations filed May 28, 2008, are adopted in
17 full;
18 2. This case is dismissed, without prejudice, for lack of prosecution and
19 failure to comply with court rules and orders; and
20 3. The Clerk of the Court is directed to enter judgment and close this case.
21 DATED: July 18, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2